IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

```
                                FILED          RECEIVED
                          ___ ENTERED    ___ SERVED ON
                                 COUNSEL/PARTIES OF RECORD

                                 NOV 01 2022

                          CLERK US DISTRICT COURT
                            DISTRICT OF NEVADA
                          BY:_____ DEPUTY
```

TAKO LLC, a Nevada Limited Liability Company.

   Plaintiff,

VS.

PARNELL COLVIN, an Individual; and DOE Occupants I-X

   Defendant,
_____/

Case No: A-22-860164-C

Department No: 9

2:22-cv-01837-APG-NJK

## NOTICE OF REMOVAL OF CIVIL ACTION

  COMES NOW, THE defendant in the above styled case, and files this Notice of Removal pursuant to 28 U.S.C. 1441, and 1446 and respectfully state the following:

  1. The case of TAKO LLC V. PARNELL COLVIN, was filed and is presently pending in the District Court Clark County Nevada the same being Civil Action Number A-22-860164-C.

  2. Defendant contends that the plaintiff violated certain rights provided by the United States Constitution Due Process guaranteed by the Fourteenth and Fifth Amendments of the the United States Constitution.

  3. This court has jurisdiction in this matter on the basis of federal question Jurisdiction pursuant to 28 U.S.C. 1331 and 1441(b).

  4. Additionally, there is supplemental jurisdiction regarding other claims in this action pursuant to 28U.S.C.1367.

  5. **This Notice of Removal** has been timely filed within thirty days of initial receipt of the plaintiff's complaint by the defendant and is therefore timely pursuant to 28 U.S.C. 1446(b).

  6. Venue properly rests in the United States District Court District of Nevada, as this case is being removed from the State District Court of Clark County.

  7. Defendant Parnell Colvin, is exercising his United States Constitutional right to the removal of this action to the United States District Court District of Nevada.

  Dated this November 1, 2022

Parnell Colvin
6681 Tara Ave
Las Vegas, Nv 89146
Email: Pc681@yahoo.com
PH: (503 490-6564

*/s/ Parnell Colvin*
Parnell Colvin