1  PARNELL COLVIN

2  6681 TARA AVE

3  LAS VEGAS, NV 89146

4  PH: ( 490-6564

5  EMAIL: PC681@YAHOO.COM

```
____FILED        ____RECEIVED
____ENTERED      ____SERVED ON
       COUNSEL/PARTIES OF RECORD

          NOV 01 2022

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

11  PARNELL COLVIN,                    CASE NO:    2:22-cv-01837-APG-NJK

12       Plaintiff.

13                                     COMPLAINT DEMAND FOR JURY TRIAL

14       Vs

16  TAKO LLC,

17       Defendant.

18  _____/

20       Comes now plaintiff Parnell Colvin, who is a Pro Se litigant and files his complaint herein alleges as
21  follows.

23                              1.

24                      GENERAL ALLEGATIONS

25  1. Plaintiff, PARNELL COLVIN ( Hereinafter referred to as " Plaintiff "). is and at all times relevant
26  hereto, was a resident of the County of Clark, State of Nevada.

28  2. At all times relevant hereto, defendant TAKO LLC (Hereinafter referred to as " Defendant") is and at

(1)

1 | all times relevant hereto, was a domestic limited- liability company organized and existing under the laws of the
2 | state of Nevada and at all times relevant herein was doing business in the County of Clerk, State of Nevada.
3 | Defendant TAKO LLC, had filed a state case against plaintiff, Colvin, but never served him and was looking to
4 | get a judgement against the plaintiff by possible default judgement. Plaintiff has a federal constitutional right
5 | that he must be served properly and proof of service must be filed with the state court before proceedings can
6 | begin. Plaintiff Colvin, federal Due Process Civil Rights have been violated by the defendant and their attorney
7 | Taylor Simpson.

      Plaintiff Colvin, argues to this court that by him never being served and proof of service is a must that the defendant by and through their attorney Taylor Simpson, will submit a forged proof of service which is committing a fraudulent and criminal act for submitting the fraudulent proof of service. The defendant TAKO LLC, has in past court proceedings submitted forged, fraululent and Identity document in court proceedings. Plaintiff Colvin, filed a complaint with Nevada State Attorney General Office and Las Vega Metro Police Department for fraud.

      Not serving plaintiff Colvin, is a basic federal right in court proceedings and a denial of his due procees rights. Which violate his Fourteenth and Fifth amendment rights which are guranteed due process rights of the Uniteded States Constitution. Plaintiff Colvin, would like to caution the court if by some strange turn of events the defendant submitt a document that states Plaintiff Colvin, was served because he was not. Plaintiff Colvin, will submit to this court the fraudulent forged document the defendant TAKO LLC,  submitted in state court proceedings. Plaintiff Colvin, will also submit the complaints from the attorney general office and las vegas Police Department.

      Plaintiff is demanding a jury trial for his federal civil rights violations by the defendant TAKO LLC, this court has jurisdiction to hear this case as it involves federal law and federal questions of law and the federal due process clause.

////

////

WHEREFORE, Plaintiff prays for judgment of this court as follows

1. General Damages to be proved at trial.
2. Special damages to be proven at trial.
3. Any other relief the court deems appropriate by the defendant conduct and intentionally violating plaintiff civil rights.

DATED THIS NOVENBER 1,2022

*[signature]*

PARNELL   COLVIN