Generated: Nov 1, 2022 12:59PM                                                                                                    Page 1/1

# U.S. District Court

### Nevada None - Las Vegas

Receipt Date: Nov 1, 2022 12:59PM

Parnell Colvin

| Rcpt. No: 200001060 | | Trans. Date: Nov 1, 2022 12:59PM | | | Cashier ID: #TR |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CA | Cash | | | | $402.00 |

|  |  |
|---|---|
| Total Due: | $402.00 |
| Total Tendered: | $402.00 |
| Total Cash Received: | $402.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 22cv1837

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.