UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAKO LLC, | Case No.: 2:22-cv-01837-APG-NJK |
| Plaintiff | **Order Remanding Case for Lack of Subject Matter Jurisdiction** |
| v. | |
| PARNELL COLVIN, | |
| Defendant | |

Defendant Parnell Colvin removed this action from state court based on federal question jurisdiction. ECF No. 1. Under 28 U.S.C.§ 1331, federal district courts have jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." Colvin asserted that federal question jurisdiction exists because plaintiff Tako LLC violated his federal constitutional rights. However, Colvin's federal defenses or counterclaims cannot create federal question jurisdiction for removal. *See* ECF No. 5 at 1 (citing cases). I therefore ordered Colvin to show cause why this action should not be remanded to state court for lack of subject matter jurisdiction. *Id.* I advised Colvin that failure to respond by November 16, 2022 would result in remand. *Id.* Colvin did not respond.

I THEREFORE ORDER that the case is remanded to the state court from which it was removed for all further proceedings. The clerk of court is instructed to close this case.

DATED this 21st day of November, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE