UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| TAKO LLC, | Case No.: 2:22-cv-01837-APG-NJK |
|---|---|
| Plaintiff | **Order (1) Vacating Order Remanding Case and (2) Extending Time to Respond to Order to Show Cause** |
| v. | |
| PARNELL COLVIN, | |
| Defendant | |

Defendant Parnell Colvin removed this action from state court based on federal question jurisdiction. ECF No. 1.  I ordered Colvin to show cause why this action should not be remanded to state court for lack of subject matter jurisdiction. ECF No. 5 at 1.  I advised Colvin that failure to respond by November 16, 2022 would result in remand. *Id.*

It appeared from the docket that Colvin did not respond, so I remanded the case. ECF No. 6.  However, Colvin apparently had moved to extend the time for him to respond, but the motion was not properly docketed in this case until after I entered my remand order. ECF No. 7 (file stamped November 4, 2022 but entered on the docket November 21, 2022).  Consequently, I vacate my order remanding the case and grant Colvin's motion to extend time.

I THEREFORE ORDER that my order remanding the case **(ECF No. 6) is VACATED** and the clerk of court is instructed to reopen this case.

/ / / /

/ / / /

/ / / /

/ / / /

I FURTHER ORDER that plaintiff Parnell Colvin's motion to extend time **(ECF No. 7) is GRANTED**. Colvin shall file a response to the order to show cause by December 2, 2022. Failure to respond by that date will result in remand.

DATED this 21st day of November, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE